UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PHILLIP GOODWIN,<br><br>                      Plaintiff,<br>     v.<br><br>JOHN HAMIL, LIN-MARIE NACHT,<br>HOLLI CORYELL, ELENA LOPEZ,<br>BRUCE SHAMULKA,<br>                      Defendants. | No. 3:17-CV-05183-RJB-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 25).

(2) Plaintiff's request for voluntary dismissal is granted and Defendants Nacht and Shamukla are dismissed without prejudice.

(3) Defendants Nacht and Shamulka's Motion to Dismiss (Dkt. 17) is denied as moot.

(4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 10th day of July, 2017.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1