UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PHILLIP GOODWIN,

      Plaintiff,

 v.

JOHN HAMIL, LIN-MARIE NACHT, HOLLI CORYELL, ELENA LOPEZ, BRUCE SHAMULKA,

      Defendants.

No. 3:17-CV-05183-RJB-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 27).

(2) Defendants Hamil, Coryell, and Lopez's Motion to Dismiss (Dkt. 18) is granted.

(3) Plaintiff's state tort law claims of negligence and medical malpractice against Defendants Hamil, Coryell, and Lopez are dismissed without prejudice.

**DATED** this 31st day of July, 2017.

_____
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1