UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PHILLIP GOODWIN,<br><br>                Plaintiff,<br><br>    v.<br><br>JOHN HAMIL, HOLLI CORYELL, ELENA LOPEZ,<br><br>                Defendants. | No. 3:17-CV-05183-RJB-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The Stipulated Motion to Dismiss Defendants Coryell and Lopez (Dkt. 35) is granted, and Defendants Coryell and Lopez are dismissed from this case without prejudice.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 26th day of March, 2018.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1