UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PHILLIP GOODWIN,

            Plaintiff,

v.

JOHN HAMIL, HOLLI CORYELL, ELENA LOPEZ,

            Defendants.

No. 3:17-CV-05183-RJB-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 45).

(2) The Notice of Stipulated Dismissal of Complaint (Dkt. 44) is granted. The Complaint and all remaining claims are dismissed without prejudice. All pending motions are found to be moot.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 17th day of July, 2018.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1